**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | | |
|---|---|---|
| **DEBORAH DAUGHETEE** | ) | |
| | ) | |
|       **Plaintiff,** | ) | Case No. 09-4100-MWB |
| | ) | |
| v. | ) | **PLAINTIFF'S MOTION** |
| | ) | **FOR SANCTIONS** |
| | ) | **AGAINST FIRMENICH, INC.** |
| **CHR. HANSEN, INC. et al.,** | ) | |
| | ) | |
|       **Defendants.** | ) | |

COMES NOW PLAINTIFF, by and through counsel, and respectfully requests this Court enter sanctions against Defendant Firmenich, Inc. for failure to fully comply with the Court's Order (Doc. 202) on April 25, 2012. Plaintiff's Memorandum in Support of Motion for Sanctions is incorporated and attached hereto.

WHEREFORE, Plaintiff prays this Court enter and Order sanctioning Firmenich, Inc.

Respectfully Submitted,

HUMPHREY, FARRINGTON & McCLAIN, P.C.

| /s/ J'Nan Kimak | |
|---|---|
| KENNETH B. McCLAIN | # 32430 |
| STEVEN E. CRICK | # 32654 |
| J'NAN C. KIMAK | # 56596 |

221 W. Lexington, Suite 400
Independence, Missouri 64050
(816) 836-5050
(816) 836-8966 FAX
   and
SMITH AND McELWAIN LAW FIRM
DENNIS M. McELWAIN
505 - 5th Street, Suite 530
P.O. Box 1194
Sioux City, Iowa  51102
(712) 255-8094
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filling will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

Dated this 3rd day of May, 2012.

   /s/ J'Nan Kimak

ATTORNEYS FOR PLAINTIFFS

2